## 12637.    HILL v. OVERSTREET.

STEPHENS, J. 1. The alleged newly discovered evidence being in the nature of extrajudicial statements by one of the parties, made in casual conversation, and not favored as ground for a new trial (*Erskine* v. *Duffy,* 76 *Ga.* 602 (5), 611), and besides, being merely cumulative and impeaching and likely on another trial to produce a different result, the court did not abuse its discretion in overruling the defendant's motion for a new trial based upon this ground.

2. The evidence authorized the verdict rendered.

<em>Judgment affirmed. Jenkins, P. J., concurs.</em>

DECIDED JULY 24, 1922.

Complaint; from Pulaski superior court — Judge Graham. May 21, 1921.

*Marion Turner,* for plaintiff in error.  *H. F. Lawson,* contra.